IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY FAILS, #201484,
    Plaintiff,

vs.                                                                                  Case No. 3:09cv15/LAC/EMT

NICHOLAS GEEKER, et al.,
    Defendants.
_____/

## O R D E R

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 29, 2009 (Doc. 6). Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has considered Defendant's Doc. 8 to be timely filed objections.

       Having considered the report and recommendation, and the timely filed objections thereto, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2. This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

       **DONE AND ORDERED** this 18th day of February, 2009.


                                                                    s/*L.A. Collier*
                                                                    **LACEY A. COLLIER**
                                                                    **SENIOR UNITED STATES DISTRICT JUDGE**